175 P.3d 162

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### January 18, 2008

| 28339 | "F" Children, In re | Affirmed |
| 28268 | G.F. v. S.C. | Affirmed |
| 28150 | State v. Pauline | Affirmed |

### January 22, 2008

| 27056 | Hilton Hotels Corp. v. Parnar | Affirmed |
| 28020 | State v. Branco | Affirmed |
| 26359 | State v. Roman | Affirmed |

### January 23, 2008

| 27365 | State v. Long | Reversed |

### January 28, 2008

| 28146 | State v. Luke | Affirmed |
| 27921 | Yamashita v. Dae Young Development Corp. | Affirmed |

### January 29, 2008

| 27237 | Kato v. Funari | Affirmed |

### January 30, 2008

| 28185 | L.B., In re | Affirmed |
| 27852 | State v. Quarles | Affirmed |

### January 31, 2008

| 27991 | N.C., In re | Affirmed |
| 28014 | State v. Grissom | Affirmed |
| 28056 | Waimana Enterprises, Inc. v. Maui Elec. Co., Ltd. | Affirmed |